## EDWARDS *v.* RAMSAY.

*Simmons, C. J.*—In view of the evidence disclosed by the record, the verdict rendered in the justice's court was warranted, and the superior court did not err in refusing to sustain a *certiorari* brought to set the same aside.    *Judgment affirmed.*

August 18, 1896.

*Certiorari.* Before Judge Kimsey. Habersham superior court. September term, 1895.

*Jones & Bowden,* for plaintiff in error.